proximate cause of death being the injury received on November 10, 1919.

*F. A. W. Ireland* and *Robert M. McCormick* for appellants.

*Carl Sherman, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.   Not voting: McLAUGHLIN, J.

---

In the Matter of the Claim of MARY C. SMITH, Respondent, against McKESSON & ROBBINS, INC., et al., Appellants.

### STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — jurisdiction of state industrial board to reopen case where claim has been disallowed and after new hearing award compensation.*

*Smith* v. *McKesson & Robbins, Inc.,* 204 App. Div. 850, affirmed.

(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law.   Claimant while attempting to obtain certain material from a machine in the factory where she was employed received injuries for which she claimed compensation.   After a hearing her claim was denied upon the ground that the accident had not arisen out of or in the course of her employment.   Thereafter the case was reopened and after another hearing compensation was granted.   Appellants contended that a decision having been made disallowing the claim, the same could not be reopened by the industrial board, and the only review permitted was by way of an appeal to the Appellate Division in the manner provided by the statute.

*Paul Koch* and *A. G. Maul* for appellants.

*Carl Sherman, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Claim of SAMUEL COHEN, Respondent, against ASHFORD PLUMBING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — jurisdiction of state industrial board to reopen case where claim has been disallowed and after new hearing allow compensation.*

*Cohen v. Ashford Plumbing Co.*, 203 App. Div. 261, affirmed.
(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. The question involved was whether the state industrial board, prior to the amendment of the Workmen's Compensation Law by chapter 615 of the Laws of 1922, had jurisdiction or power to reopen a case in which an award had been denied because the disability did not arise from an injury and make an award after the expiration of the time in which an appeal could have been taken.

*Joseph Force Crater* and *Alfred W. Meldon* for appellants.

*Carl Sherman, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.